In the Matter of the Claim of PETER BENN, Appellant, against WASHBURN WIRE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal denied. The appellant appears to be without funds, and wishes to present his appeal on type-written papers. Permission is granted appellant to prosecute appeal as a poor person on typewritten papers; such papers to be filed and served on or before August 20, 1938, and appellant to be ready for argument at the Compensation Term commencing September 12, 1938; otherwise permission is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of NICHOLAS DISCENZA, Appellant, against DEFIANCE BUTTON MACHINE Co. and LIBERTY MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to prosecute appeal as a poor person on typewritten record denied, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of IRVING GOLD, Appellant, against ROSE FLEISCH-MAN and ARTHUR KOTICK, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for order permitting claimant to submit appeal on typewritten record granted, with ten dollars costs to the claimant against the State Insurance Fund. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of HILDUR M. HAGLUND, Respondent, against MORSE DRY DOCK & REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of BESSIE TURNER, Respondent, against MORSE DRY DOCK & REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of REGINA FELCHER, Respondent, against MORSE DRY DOCK & REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of BLANCHE AGNE, Respondent, against MORSE DRY DOCK & REPAIR COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motions to dismiss appeals denied, with twenty-five dollars costs in one motion against the State Industrial Board, on the ground that the decision of the Board on the question of jurisdiction is an original decision and appeal therefrom may be taken within thirty days. The question of the jurisdiction to make an award may be raised at any time. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Mrs. JENNIE KEYS, Appellant, against RAILWAY EXPRESS AGENCY, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person on a typewritten record denied, upon the ground that it does not appear that there is any question of law to be reviewed by this court. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOEBEL, Appellant.— Motion to dismiss appeal granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

LOUISE SPIRO PETROFF (LOUISE SPIRO PETROFF HREN), Appellant, v. FIRST NATIONAL BANK OF COOPERSTOWN, NEW YORK, Individually and as Executor, etc., of MARGARET STENOVEC, Deceased, Respondent.— Motion to dismiss appeal granted, without costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.